IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ARTHUR L. HAIRSTON, | : | 1:12-cv-845 |
| Plaintiff, | : | |
| | : | Hon. John E. Jones III |
| v. | : | |
| | : | |
| UNITED STATES F.B.O.P, *et al.*, | : | Hon. Susan E. Schwab |
| Defendants. | : | |

# ORDER

**September 23, 2013**

In conformity with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. 61) of Magistrate Judge Susan E. Schwab is **ADOPTED** in its entirety.

2. The Defendants' Motion for Summary Judgment (Doc. 45) is **GRANTED**.

3. The Plaintiff's Motion for Reconsideration on Order for Miscellaneous Relief (Doc. 62) is **DISMISSED AS MOOT**.

4. The Clerk of Court is directed to **CLOSE** the file on this case.

<u>s/ John E. Jones III</u>
John E. Jones III
United States District Judge